UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-81320-WPD

ANDREW T. KOUBEK,

      Plaintiff,
v.

IC SYSTEM, INC.,

      Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On November 3, 2021, this Court entered an Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 8]. On February 25, 2022, a Notice of Settlement was filed, stating that parties reached a settlement and that dismissal documents would be filed within 60 days. *See* [DE 12]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **May 4, 2022**, Plaintiff Joseph Rudy and Defendant Citibank, N.A shall either file the appropriate dismissal papers or show cause why those papers have not been filed.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 27th day of April, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record